[No. 30137-7-II. Division Two. December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW SCOTT ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01460-9, Robert L. Harris, J., entered March 25, 2003. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 20894-0-III. Division Three. December 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY A. KRASIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00473-6, Michael E. Donohue, J., entered January 28, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 21205-0-III. Division Three. December 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KYANN MARIE CARDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00154-4, Rebecca M. Baker, J., entered May 10, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21279-3-III. Division Three. December 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEROY VANDERPOOL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00716-9, Carolyn A. Brown, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.